**JUDGE BUCHWALD** 08 CIV 6352

**BINGHAM McCUTCHEN LLP**
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com

Jessica S. Boar
399 Park Avenue
New York, New York 10022
Telephone: 212.705.7258
Facsimile: 212.705.3673



*Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LUM,<br><br>                              Plaintiff,<br><br>            -v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and<br>DGF SERVICES, LLC,<br><br>                              Defendants. | 08 Civ._____<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant DGF

Services, LLC states that it has no corporate parents, affiliates and/or subsidiaries in the hands of

the public, has no publicly held stock, and no publicly held company owns more than 10% of its

stock.

A/72594998.1

Dated:   New York, New York
         July 15, 2008

                          BINGHAM McCUTCHEN LLP

                          By: _____
                             Susan Kim
                             One State Street
                             Hartford, Connecticut  06103
                             Telephone:  860.240.2700
                             Facsimile:   860.240.2800
                             susan.kim@bingham.com

                             Jessica S. Boar
                             399 Park Avenue
                             New York, New York  10022
                             Telephone: 212.705.7258
                             Facsimile: 212.705.3673
                             jessica.boar@bingham.com

                             *Attorneys for Defendants Discovery Capital*
                             *Management, LLC and DGF Services, LLC*

A/72594998.1