**BINGHAM McCUTCHEN LLP**
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com

Jessica Boar
399 Park Avenue
New York, NY 10022
Telephone: 212.705.7258
Facsimile: 212.705.3673

*Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LUM,<br><br>                 Plaintiff,<br><br>-v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and DGF SERVICES, LLC,<br><br>                 Defendants. | 08 Civ. 6352 (NRB)<br><br>**CERTIFICATE OF SERVICE** |

    David Marcus certifies under penalty of perjury, that on July 15, 2008 I caused copies of the Notice of Removal, Civil Cover Sheet, Judges Rules and Electronic Case Filing Rules to be served upon Daniel Kaiser, Esq. whose address is Kaiser, Saurborn & Mair, P.C., 111 Broadway, Suite 1805, New York, New York 10006, by FedEx, overnight delivery.

Dated: New York, New York
        July 15, 2008

                                                          */s/ David Marcus*
                                                          David Marcus

A/72595075.1