**BINGHAM McCUTCHEN LLP**
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com

*Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LUM,<br><br>      Plaintiff,<br><br>    -v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and DGF SERVICES, LLC,<br>      Defendants. | 08 Civ. 6352 (NRB)<br><br>**APPEARANCE** |

Please enter my appearance in this case for the Defendants Discovery Capital Management, LLC and DGF Services, LLC.

Dated: Hartford, Connecticut
    July 17, 2008

                **BINGHAM McCUTCHEN LLP**

                By: _/s/ Susan Kim_
                Susan Kim
                One State Street
                Hartford, Connecticut 06103
                Telephone: 860.240.2700
                Facsimile: 860.240.2800
                susan.kim@bingham.com

                *Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

A/72599410.1