UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW LUM,<br><br>                      Plaintiff,<br><br>-v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and DGF SERVICES, LLC,<br><br>                      Defendants. | 08 Civ. 6352<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto, that the last day for Defendants Discovery Capital Management, LLC and DGF Services, LLC to answer, move or otherwise respond to the complaint in the above-captioned matter shall be, and hereby is, extended from July 22, 2008 to and including August 22, 2008. This is the Defendants' first extension of time to respond to the Complaint.

| KAISER, SAURBORN, MAIR, PC | BINGHAM MCCUTCHEN LLP |
|---|---|
| _____<br>Daniel Kaiser<br>111 Broadway, Suite 1805<br>New York, New York 10019<br>Telephone (212) 338-9100<br>kaiser@ksmlaw.com<br>*Attorney for Plaintiffs*<br><br>Dated: New York, New York<br>         July 17, 2008 | _____<br>Susan Kim<br>One State Street<br>Hartford, CT 06103<br>Telephone: 860.240.2700<br>Facsimile: 860.240.2800<br>susan.kim@bingham.com<br>*Attorneys for Defendants*<br><br>Dated: Hartford, Connecticut<br>         July 17, 2008 |

**SO ORDERED:**

_____
Naomi Reice Buchwald, U.S. D. J.

A/72597812.1