**BINGHAM McCUTCHEN LLP**
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com

*Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LUM,<br><br>                    Plaintiff,<br><br>         -v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and DGF SERVICES, LLC,<br><br>                    Defendants. | 08 Civ. 6352 (NRB)<br><br>**CERTIFICATE OF SERVICE** |

Theresa Curran declares under penalty of perjury, that I caused copies of the Appearance of Susan Kim and the Stipulation to Extend Time to Answer Complaint to be served upon Daniel Kaiser, Esq. whose address is Kaiser, Saurborn & Mair, P.C., 111 Broadway, Suite 1805, New York, New York 10006, by the court's notification service and/or by first class U.S. mail.

Dated: Hartford, Connecticut
July 17, 2008

By: _/s/ Theresa L. Curran_
Theresa Curran
One State Street
Hartford, Connecticut 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
theresa.curran@bingham.com

A/72599410.1