```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW LUM,

                           Plaintiff,

      -v-

DISCOVERY CAPITAL MANAGEMENT, LLC, and
DGF SERVICES, LLC,

                          Defendants.

08 Civ. 6352

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the last day for Defendants Discovery Capital Management, LLC and DGF Services, LLC to answer, move or otherwise respond to the complaint in the above-captioned matter shall be, and hereby is, extended from July 22, 2008 to and including August 22, 2008. This is the Defendants' first extension of time to respond to the Complaint.

KAISER, SAURBORN, MAIR, PC

_/s/_
Daniel Kaiser
111 Broadway, Suite 1805
New York, New York 10019
Telephone (212) 338-9100
kaiser@ksmlaw.com
*Attorney for Plaintiffs*

Dated: New York, New York
        July 17, 2008

BINGHAM McCUTCHEN LLP

_/s/_
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com
*Attorneys for Defendants*

Dated: Hartford, Connecticut
        July 17, 2008

SO ORDERED:

_/s/ Naomi Reice Buchwald_
Naomi Reice Buchwald, U.S.D.J.

7/21/08

A/72597812.1