AUG-14-2008 16:01       KAISER SAURBORN & MAIR         212 338 9088    P.02/02

(Buchwald, J)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW LUM,

                Plaintiff,

-v-

DISCOVERY CAPITAL MANAGEMENT, LLC, and
DGF SERVICES, LLC,

                Defendants.

08 Civ. 6352 (NRB)

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the last day for Defendants Discovery Capital Management, LLC and DGF Services, LLC to answer, move or otherwise respond to the complaint in the above-captioned matter shall be, and hereby is, extended from August 22, 2008 to and including August 29, 2008. This is the Defendants' second extension of time to respond to the Complaint.

| KAISER, SAURBORN, MAIR, PC | BINGHAM MCCUTCHEN LLP |
|---|---|
| /s/ Daniel Kaiser | /s/ Susan Kim |
| Daniel Kaiser | Susan Kim |
| 111 Broadway, Suite 1805 | One State Street |
| New York, New York 10019 | Hartford, CT 06103 |
| Telephone (212) 338-9100 | Telephone: 860.240.2700 |
| kaiser@ksmlaw.com | Facsimile: 860.240.2800 |
| *Attorney for Plaintiffs* | susan.kim@bingham.com |
|  | *Attorneys for Defendants* |
| Dated: New York, New York | Dated: Hartford, Connecticut |
| August 14, 2008 | August 14, 2008 |

SO ORDERED:

/s/ Naomi Reice Buchwald
Naomi Reice Buchwald, U.S.D.J.  8/19/08

A/72625466.1

TOTAL P.02