**BINGHAM McCUTCHEN LLP**
Susan Kim
One State Street
Hartford, CT 06103
Telephone: 860.240.2700
Facsimile: 860.240.2800
susan.kim@bingham.com

*Attorneys for Defendants Discovery Capital Management, LLC and DGF Services, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW LUM,<br><br>      Plaintiff,<br><br>-v-<br><br>DISCOVERY CAPITAL MANAGEMENT, LLC, and DGF SERVICES, LLC,<br>      Defendants. | 08 Civ. 6352 (NRB)<br><br>**CERTIFICATE OF SERVICE** |

Theresa L. Curran certifies under penalty of perjury, that on August 29, 2008 I caused copies of the Answer, Affirmative Defenses and Counterclaims to be served upon Daniel Kaiser, Esq. whose address is Kaiser, Saurborn & Mair, P.C., 111 Broadway, Suite 1805, New York, New York 10006, by FedEx, overnight delivery.

Dated: Hartford, Connecticut
    August 29, 2008

                     */s/ Theresa L. Curran*
                       Theresa L. Curran

A/72630160.1